FILED

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0429

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

JOSHUA CHARLES PERRAS,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 17, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 12 2023